5/29/2019

U.S. District Court

Salt Lake City, UT

Case: 2:19-cv-00378
Assigned To : Kimball, Dale A
Assign. Date : 5/30/2019
Description: Atherton v. Amtrak Railroad et al

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 13 2019

D. MARK JONES, CLERK
BY _____
         DEPUTY CLERK

RECEIVED CLERK
MAY 30 2019
U.S. DISTRICT COURT

Request Jury Trial
☒ Yes  ☐ No

Complaint

Arlene R. Atherton

v.

Amtrak Railroad, Officer Jared Bestwick, Officer Edgar Hara, Rifle Police Department, Conductor of Train 5/22/2019 Rifle, CO - Amtrak, Glenwood Springs Amtrak, Green River, CO Amtrak.

Statement of Claim. Americans with Disabilities Act 1990 – Civil.

enroute to Supreme Court filing. Claims unable to carry passenger due to conduct.

Atherton purchased ticket in Chicago & boarded Train. Journey was commenced. Passenger – Plaintiff Arlene R. Atherton enroute to

Federal Courthouse for Supreme Court filing. Atherton (Plaintiff) has Traumatic Brain Injury 1/7/2011. Her life has been destroyed by the personal injury & legal battles. She was heard crying & Conductor claimed other passengers complained. Atherton (Plaintiff) was riding in the disability car with a valid disability ticket.

Atherton passed Denver, CO warned of similar problems she experienced in Chicago Federal Courthouse. At Rifle, CO - Conductor stopped train, called Rifle Police Edgar Lara & Jared Bartwick who deboarded Atherton & sent her on RATA bus to Glenwood Springs. Bus stopped at Glenwood Mall. The Amtrak Station closes at 5:00 PM. Atherton arrived after that time - forced to stay in Glenwood Springs overnight.

Atherton suffered damage financially by loss of transportation. Forced to use

financial resources for legal fees and personal support.

Atherton's journey delayed due to Arrest by Glenwood Springs Police.

Glenwood Springs Amtrak refused to reboard Atherton against Company Policy to allow journey to continue.

Atherton spent $15.00 to Grand Junction Amtrak Conductors also refused Amtrak passage – de-boarded her to Green River, UT. Sheriff C. Smith & A. Wall took her into custody further delay of journey.

Atherton seeks damages of $500.00 and up to 1.5 million for Supreme Court filing delayed.

Respectfully Submitted.
Arlene R. Atherton – Pro Se   Arlene R. Atherton
17 E. Monroe
Chicago, IL 60603